**Helen Scheurer, Plaintiff-Appellant, v. William H. Christopher, Defendant-Appellee.**

**Gen. No. M–51,083.** 

First District, Second Division.

April 11, 1967.

Vaccarello, Retrucelli and Simon, of Chicago, for appellant; Greenberg, Ziv & McCarthy, of Skokie, for appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**